IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND, et al.,<br><br>                Plaintiffs,<br><br>  -against-<br><br>VIRGINIA DEPARTMENT OF ELECTIONS, et al.,<br><br>                Defendants. | Case No.: 3:20-cv-801 |

## CONSENT MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTION RELIEF

Plaintiffs New Virginia Majority Education Fund, Virginia Civic Engagement Table, and League of Women Voters of Virginia, by counsel, respectfully move this Court for a temporary restraining order and emergency injunctive relief, and in support thereof, state as follows:

1. Today, October 13, 2020, is the deadline for voter registration in the Commonwealth of Virginia for the November 3, 2020 election.

2. For the reasons stated in Plaintiffs' Brief in Support of the Motion, Plaintiffs request an temporary restraining order that:

   a. Orders Defendants to extend Virginia's voter registration deadline up to and including 11:59 p.m. on October 15, 2020;

   b. Enjoins Defendants from closing online voter registration, or refusing to accept otherwise proper voter registration forms, in Virginia prior to 11:59 p.m. on October 15, 2020;

    c. Orders Defendants to provide public notice of the extended voter registration window by notifying all local media of the extension and by posting sufficient notice of the extension on the state election website, and by instructing local election officials to do the same.

3. Plaintiffs incorporate by reference the Brief in Support of this Motion, which is being filed today.

4. Defendants have consented to the relief requested, and a proposed consent order approved by the Attorney General's Office and the Defendants, is filed herewith.

Dated: October 13, 2020                                          Respectfully submitted,

OF COUNSEL:  
Ezra D. Rosenberg*  
Julie M. Houk*  
Ajay Saini*  
Ryan Snow*  
Kevin Benedicto*  
Lawyers' Committee for Civil Rights Under Law  
1500 K Street NW, Suite 900  
Washington, DC 20001  
(202) 662-8600 (tel.)  
(202) 783-0857 (fax)  
erosenberg@lawyerscommittee.org  
jhouk@lawyerscommittee.org  
asaini@lawyerscommittee.org  
rsnow@lawyerscommittee.org  
kbenedicto@lawyerscommittee.org  

Gilda Daniels*  
Jorge Luis Vasquez, Jr.*  
Sabrina Khan*  
Sharion Scott*  
Jess Unger*  
Advancement Project National Office  
1220 L Street N.W., Suite 850  
Washington, D.C. 20005  

/s/ N. Thomas Connally III  
N. Thomas Connally III (VSB No. 36318)  
Christopher T. Pickens (VSB No. 75307)  
HOGAN LOVELLS US LLP  
8350 Broad Street, 17th Floor  
Tysons, VA 22102  
Telephone: (703) 610-6100  
Facsimile: (703) 610-6200  
tom.connally@hoganlovells.com  
christopher.pickens@hoganlovells.com  

*Counsel for Plaintiffs New Virginia Majority Educational Fund, Virginia Civic Engagement Table, and League of Women Voters of Virginia*

(202) 728-9557
gdaniels@advancementproject.org
jvasquez@advancementproject.org
skhan@advancementproject.org
sscott@advancementproject.org
junger@advancementproject.org

## **CERTIFICATE OF SERVICE**

I certify that, on October 13, 2020, I caused a copy of Plaintiffs' Motion for Temporary Restraining Order and Emergency Injunctive Relief to be served on the following via electronic mail:

Carol L. Lewis
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
clewis@oag.state.va.us

Heather Hays Lockerman
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
hlockerman@oag.state.va.us

Dated: October 13, 2020

By: */s/* N. Thomas Connally III
N. Thomas Connally III (VSB No. 36318)
HOGAN LOVELLS US LLP
8350 Broad Street, 17th Floor
Tysons, VA 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200
tom.connally@hoganlovells.com

*Counsel for Plaintiffs New Virginia Majority Educational Fund, Virginia Civic Engagement Table, and League of Women Voters of Virginia*