IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND; VIRGINIA CIVIC ENGAGEMENT TABLE; LEAGUE OF WOMEN VOTERS OF VIRGINIA,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>VIRGINIA DEPARTMENT OF ELECTIONS; VIRGINIA STATE BOARD OF ELECTIONS; ROBERT H. BRINK, in his official capacity as Chairman of the State Board of Elections; JOHN O'BANNON, in his official capacity as Vice Chair of the Board; CHRISTOPHER PIPER, in his official capacity as Commissioner of the Virginia Department of Elections; and JAMILAH D. LECRUISE, in her official capacity as Secretary of the Board,<br><br>    *Defendants*. | Civil Action<br>Case No. 3:20-CV-801<br><br>**NOTICE OF APPEARANCE** |

    Please take note that Heather Hays Lockerman, Senior Assistant Attorney General in the Office of the Attorney General of Virginia, hereby enters an appearance as counsel of record on behalf of the Virginia Department of Elections, the Virginia State Board of Elections, Robert H. Brink, John O'Bannon, and Jamilah D. LeCruise, in their official capacities as Chairman, Vice-Chairman, and Secretary, respectively, of the Virginia State Board of Elections, and Christopher E. Piper, in his official capacity as Commissioner of the Virginia Department of Elections.

Respectfully submitted,

ROBERT H. BRINK
JOHN O'BANNON
JAMILAH D. LECRUISE
VIRGINIA STATE BOARD OF ELECTIONS

CHRISTOPHER E. PIPER
VIRGINIA DEPARTMENT OF ELECTIONS


By:_____/s/  Heather Hays Lockerman_____
              Counsel

Mark R. Herring
Attorney General of Virginia

Erin B. Ashwell
Chief Deputy Attorney General

Donald D. Anderson
Deputy Attorney General

Heather Hays Lockerman (VSB #65535)*
Senior Assistant Attorney General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
804-786-0067 (telephone)
804-692-1647 (facsimile)
hlockerman@oag.state.va.us
* *Attorney for Robert H. Brink, John O'Bannon, Jamilah D. LeCruise, and Christopher E. Piper in their official capacities, the Virginia State Board of Elections, and the Virginia Department of Elections.*