# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND; VIRGINIA CIVIC ENGAGEMENT TABLE; LEAGUE OF WOMEN VOTERS OF VIRGINIA,<br><br>*Plaintiffs,*<br><br>v.<br><br>VIRGINIA DEPARTMENT OF ELECTIONS; VIRGINIA STATE BOARD OF ELECTIONS; ROBERT H. BRINK, in his official capacity as Chairman of the State Board of Elections; JOHN O'BANNON, in his official capacity as Vice Chair of the Board; CHRISTOPHER PIPER, in his official capacity as Commissioner of the Virginia Department of Elections; and JAMILAH D. LECRUISE, in her official capacity as Secretary of the Board,<br><br>*Defendants.* | Civil Action<br>Case No. 3:20-CV-801<br><br>**ORDER** |

The Court, having read and considered the arguments and representations of the parties, finds as follows:

THAT the voter registration deadline in Virginia, as established by Virginia law, was Tuesday, October 13, *see* Va. Code § 24.2-416;

THAT on the morning of October 13, 2020, a fiber optic cable was severed that hindered service to Virginia voter registration websites. That service was restored prior to 4:00 p.m. that day;

THAT the outage resulted in the inability of Virginians who attempted to register electronically to vote to accomplish their registration;

THAT Virginia state law does not authorize the Defendants to extend the deadline established by the Virginia Code for voter registration; and

THAT Plaintiffs brought suit against Defendants on October 13, 2020 to request a judicial extension of the voter registration deadline in order to accommodate Virginia citizens who claim that their rights were violated when they were unable to register prior to the statutory deadline.

WHEREFORE, it is hereby ORDERED that:

1. Plaintiffs' MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF is GRANTED;

2. Defendants are directed to take all action necessary to extend the October 13, 2020 registration deadline until 11:59 pm on Thursday, October 15, 2020;

3. The parties are ordered to take all action necessary to provide notice to the public of the reopening and extension of this deadline;

4. Defendants are ordered to provide additional information to the public and to voters attempting to register of alternative methods by which individuals may register to vote, in the event of a system outage during the extension period; and *

5. In accordance with the terms of this Consent Decree, the Consent Parties shall each bear their own fees, expenses, and costs incurred as of the date of this Order, with respect to all claims raised by Plaintiffs against the Defendants.

WHEREFORE, it is further ORDERED that this matter be, and hereby is, dismissed with prejudice.

/s/ John A. Gibney, Jr.
United States District Judge
Date: 14 October, 2020

* The Commissioner of the Department of Elections shall issue a press release describing this Order by 11:30 a.m. on Oct. 14, 2020;
The Commissioner of the Department of Elections shall cause a copy of this Order to be delivered electronically to all local registrars of voters in the Commonwealth by 11:30 a.m. on October 14, 2020;

SEEN AND AGREED:

OF COUNSEL:
Ezra D. Rosenberg*
Julie M. Houk*
Ajay Saini*
Ryan Snow*
Kevin Benedicto*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20001
(202) 662-8600 (tel.)
(202) 783-0857 (fax)
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
asaini@lawyerscommittee.org
rsnow@lawyerscommittee.org
kbenedicto@lawyerscommittee.org

Gilda Daniels*
Jorge Luis Vasquez, Jr.*
Sabrina Khan*
Sharion Scott*
Jess Unger*
Advancement Project National Office
1220 L Street N.W., Suite 850
Washington, D.C. 20005
(202) 728-9557
gdaniels@advancementproject.org
jvasquez@advancementproject.org
skhan@advancementproject.org
sscott@advancementproject.org
junger@advancementproject.org

/s/ N. Thomas Connally III
N. Thomas Connally III (VSB No. 36318)
Christopher T. Pickens (VSB No. 75307)
HOGAN LOVELLS US LLP
8350 Broad Street, 17th Floor
Tysons, VA 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200
tom.connally@hoganlovells.com
christopher.pickens@hoganlovells.com

*Counsel for Plaintiffs New Virginia Majority Educational Fund, Virginia Civic Engagement Table, and League of Women Voters of Virginia*

MARK R. HERRING
Attorney General of Virginia
By: */s/ Carol L. Lewis*
CAROL L. LEWIS (VSB #92362)
HEATHER HAYS LOCKERMAN (VSB #65535)
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
804-692-0558 (telephone)
804-692-1647 (facsimile)
clewis@oag.state.va.us

*Attorneys for Defendants*

3